IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MICHAEL THOMAS, # 153305, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CASE NO. 3:16-CV-95-WKW |
| ) | |
| KYLER WILLIAMS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

On February 16, 2016, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 6.) Upon an independent review of the file and upon consideration of the Recommendation, it is ORDERED that

(1) The Recommendation is ADOPTED;

(2) Plaintiff's claim against Lee County Sheriff Department is DISMISSED with prejudice pursuant to the directives of 28 U.S.C. § 1915(e)(2)(B)(i), and the Clerk of the Court is DIRECTED to terminate Lee County Sheriff Department as a defendant in this action; and

(3) This case is REFERRED back to the Magistrate Judge for further proceedings with respect to the claims against the remaining Defendant.

DONE this 9th day of March, 2016.

                                        /s/ W. Keith Watkins  
                              CHIEF UNITED STATES DISTRICT JUDGE