IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| MICHAEL THOMAS, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 3:16-CV-95-WKW-GMB |
| KYLER WILLIAMS, | ) |
| Defendant. | ) |

## **ORDER**

On December 13, 2018, the Magistrate Judge filed a Recommendation to which no timely objections were made. (Doc. # 27.) After an independent review of the record and on consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED and that this case is DISMISSED with prejudice.[1]

A separate Final Judgment will be entered.

DONE this 25th day of January, 2019.

/s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Although the Recommendation does not address the fact that Plaintiff initially named a "Deputy John Doe" as a second defendant (Doc. # 1, at 1), Plaintiff did not pursue his claim against any deputies other than Kyler Williams. In fact, Plaintiff maintains that Williams was alone when Williams used his taser on Plaintiff. (*See generally* Doc. # 24.) Plaintiff thus cannot maintain an excessive force claim against any other deputies. (*See* Doc. # 4, at 1 n.1.)